ELLIOTT, Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by James M. Elliott, Jr., against James B. Brady, Jr. C. J. Hardy, for appellant. L. N. Wood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ELSTON et al., Respondents, v. RUTAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Charles C. Elston and Ruth Ann Silk against Brice P. Rutan and others. No opinion. Judgment affirmed, with costs.

FABER, Respondent, v. KENNEY, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Appeal from Special Term. Action by John Faber against David T. Kenney. From an order reducing the amount of a warrant of attachment, defendant appeals. Order modified, and, as modified, affirmed. H. D. Ewing, for appellant. Frank Trenholm, for respondent. PER CURIAM. The order appealed from should be modified, by reducing the amount of the attachment to $7,500, and by increasing the amount of the plaintiff's undertaking to $2,500. As so modified, the order should be affirmed, without costs of this appeal to either party.

FAIRCHILD, Respondent, v. NEW YORK & N. J. TELEPHONE CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Frank M. Fairchild against the New York & New Jersey Telephone Company and the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.